IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JAMES ALLEN COUTTS,

                Plaintiff,

    vs.

KEARNEY COUNTY, STATE OF
NEBRASKA, SCOTT WHITE, CORY
ZIOLA, SHANE MONTHEY, and
JUSTIN GLANZER,

                Defendants.

**8:19CV455**


**MEMORANDUM
AND ORDER**

This matter is before the court on Plaintiff's Motion to Amend Exhibits to Civil Suit. (Filing No. 7.) Upon consideration,

IT IS ORDERED that: Plaintiff's motion (filing no. 7) is granted to the extent the court will consider the motion and its attachments as supplemental to Plaintiff's Complaint (filing no. 1).

Dated this 7th day of November, 2019.

                        BY THE COURT:

                        s/ *Richard G. Kopf*
                        Senior United States District Judge